## 56787. STATE OF GEORGIA et al. v. BOOTH et al.

QUILLIAN, Presiding Judge.
The evidence was sufficient to support the award of the State Board of Workers' Compensation.
*Judgment affirmed. Webb and McMurray, JJ., concur.*

SUBMITTED OCTOBER 17, 1978 — DECIDED NOVEMBER 14, 1978.

*Arthur K. Bolton, Attorney General, Robert Stubbs, II, Executive Assistant Attorney General, Don Langham, First Assistant Attorney General, Michael J. Bowers, Senior Assistant Attorney General, Wayne P. Yancey, Assistant Attorney General, Ben Kirbo,* for appellants.
*Sumner & Mitchell, Douglas W. Mitchell, III, Thomas C. Chambers, III,* for appellees.